United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,
Respondent

CIVIL ACTION NO. B-02-150

VS.

CRIMINAL NO: B-01-343

RONALD LEE LEWIS
Petitioner

MOTION TO VACATE, SET ASIDE OR CORRECT A
SENTENCE BY A PERSON IN FEDERAL CUSTODY
PURSUANT TO TITLE 28 U.S.C. §2255

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Ronald Lee Lewis, continuing to act as Pro Se Counsel, hereinafter referred to as 'Petitioner' and respectfully moves this Court pursuant to Title 28 USC §2255 to **correct** the sentence imposed by this Court on December 3, 2001.
(Petitioner does **not** request that sentence be vacated or set aside and only invokes this Court's jurisdiction to correct the sentence if the Court should agree with the issue herein presented for consideration.

Petitioner is currently confined within the United States Federal Bureau of Prisons located at the address directly below the signature block of this Motion.

## ISSUE PRESENTED

Did the Sentencing Court adequately consider Petitioner's medical condition as referenced in Petitioner's Pre Sentence Report under 'Reasons for Departure', :5H1.4.

1

## ARGUMENT

Petitioner submits only one point of authority in this Motion to Correct Sentence. Petitioner has attached a Federal Bureau of Prisons Policy Statement; P.S. 6000.5 and page two of Petitioner's current institutional progress report.

Petitioner submits this Title 28 USC §2255 to the Court for reconsideration of United States Sentencing Guideline §5H1.4.

Petitioner's health is steadily declining as Petitioner has a rare form of Emphysema (Bullous). There is not a cure for this disease, it can only be treated through 'Preventive Care'.

As this court is aware, Petitioner only retains roughly twenty-one (21%) of total lung capacity.

Petitioner is presently detained at the Medium Instution in Beaumont, Texas which contracts its medical to the University of Texas Medical Branch. The Chief Medical Director of UTMB perscribed an **over the counter** medication for Petitioner, one of the few medications that offers Petitioner any relief. The Cheif Pharmacist in Washington, D.C. denied the filling of the perscription stating that the medication was not Bureau of Prisons approved.

Only due to conditions of confinement does Petitioner file this Motion under 28 USC 2255. Petitioner needs a controlled inviorment which can not be provided in a prison enviorment.

Petitioner is not a danger to the community as Petitioner can now not walk a city block without being completely out of air.

Petitioner currently has a release date from the Bureau of Prisons of November 14, 2003. The granting of this Motion would only reduce Petitioner's sentence by a matter of months, but would most likely extend Petitioner's life expectency by years.

2

The United States Supreme Court recognized in 'Farmer vs. Brennen, 114 S.Ct. at 1983 citing "Helling vs. McKinny', ___US___ 113 S.Ct. 2475, 2480 (1993) that prisoners have protection from future harm or damage to their health.

Petitioner is asking the Court to realize that confinement in any prison at this point in time will contribute to future harm to Petitioner's health.

### PRAYER FOR RELIEF/CONCLUSION

WHEREFORE, Petitioner moves this Court to reconsider the grounds for downward departure outlined in the Pre Sentence Report and reduce (correct) Petitioner's sentence to below the guideline range due to Petitioner's severe medical condition.

(Petitioner is not invoking this Court's jurisdiction to **vacate or set-aside** the conviction.)

And any and all such other relief that this Court deems in the interest of justice and fairness.

DATED: 7/30/02

Respectfully submitted,

Ronald Lee Lewis
Fed. Reg. No. 64658-079
Petitioner Pro Se
Federal Correctional Complex
P.O. Box 26040
Beaumont, Texas 77720-6040

### CERTIFICATE OF SERVICE

I hereby certigy that on the below listed date I forwarded a copy of the Title 28 USC §22552 Motion to the Assistant United States Attornety, Ms. L. Kirkpatrick and Mr. Michael Gonzalez, U.S. Probation officer.
    DONE THIS 30th DAY OF July 2002.
                                    BY Ronald Lee Lewis

3



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: HSD
NUMBER: 6000.05
DATE: September 15, 1996
SUBJECT: Health Services Manual

1. <u>PURPOSE AND SCOPE</u>.  To guide staff in the development and operation of Bureau health care programs.

PS 6000.04, the Health Services Manual, was published in December 1994.  Since that time, a number of changes to the Manual have become necessary.  This revised and updated Manual incorporates those changes.

2. <u>PROGRAM OBJECTIVES</u>.  The expected results of this program are:

   a.  Necessary medical, dental, and mental health services will be provided to inmates by professional staff consistent with community standards.

   b.  Administrative policies, procedures, and controls will be established, implemented, and reviewed annually.

   c.  Competent, appropriately credentialed, and supervised staff will be employed.

   d.  Lines of authority and accountability will be established to provide for appropriate personnel supervision.

   e.  Inmate medical care will be delivered efficiently and cost effectively within the levels of care established by Bureau policy.

   f.  Accurate and complete health records will be maintained to convey each patient's history, diagnosis, and treatment.

3. <u>DIRECTIVES AFFECTED</u>

   a.  <u>Directive Rescinded</u>

      PS 6000.04    Health Services Manual (12/15/94)

BP-s187.058 Progress Report
2

| U.S. Department of Justice | | Federal Bureau of Prisons |
|---|---|---|
| Inmate Name: LEWIS, Ronald Lee | Reg. No: 64658-079 | Date: June 18, 2002 |

 Institutional Adjustment: Inmate Lewis has maintained satisfactory institutional adjustment while housed at the Medium Security Institution, Federal Correctional Complex in Beaumont, Texas. He is not considered a management problem.

    a. Program Plan: During inmate Lewis' Program Review, it was recommended that he participate in a Counseling Group and Life Skills Programs.

    b. Work Assignments: Inmate Lewis is currently Medically Unassigned.

    c. Educational/Vocational Participation: Inmate Lewis has completed Wellness 2 and the RPP Health Seminar while incarcerated at FCC (Medium) Beaumont. He is currently on the waiting list for Microcomputer Vocational Training.

    d. Counseling Programs: Inmate Lewis has not completed any counseling programs at FCC (Medium) Beaumont.

    e. Incident Reports: Inmate Lewis has not received any incident reports since being incarcerated.

    f. Institutional Movement:

| Date | Institution | Reason |
|---|---|---|
| 03-26-2002 | Medium Security Institution, Federal Correctional Complex, Beaumont, Texas | Initial Designation |

    g. Physical and Mental Health: Inmate Lewis is assigned to regular duty status with medical restrictions of Lower Bunk Only, No Prolonged Standing, No Lifting Over 15 Pounds, No Bending, and No Walking. He is in poor health which could preclude him from obtaining employment upon release. There are no apparent psychological abnormalities noted.

    h. Progress on Financial Responsibility Plan: The Southern District of Texas imposed a $100.00 felony assessment and $8,885.85 restitution. He is temporarily exempt due to his inability to work at this time.