UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 7 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RONALD LEE LEWIS | * |
| | * |
| VS | * C.A. NO. B-02-150 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-01-343) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On October 4, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on August 6, 2002, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by November 4, 2002.

DONE at Brownsville, Texas, this 4th day of October 2002.

Felix Recio
United States Magistrate Judge