UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

RONALD LEE LEWIS                    C.A. NO. B-02-150

VS.                                 (CR. NO. B-01-343)

UNITED STATES OF AMERICA

PETITIONER'S RESPONSE TO NOTICE OF
DISMISSAL FOR LACK OF PROSECUTION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ronald Lee Lewis, Petitioner, still acting as Pro Se Counsel and respondes to the Order of the United States Magistrate Judge entered on the 4th day of October, 2002.

The Clerk's Office did in fact send Petitioner an application to Proceed in Forma Pauperis for Petitioner to fill out. Petitioner thought the clerk may have made a mistake doing this as Rule 3 states under 'Advisory Committe Notes'(In Part), ....'there is no requirement of a filing fee.' Petitioner did not have counsel at plea or sentencing and had represented himself. Petitioner still desires to represent himself and does not desire a Court appointed attorney, therefore pursuant to Title 28 USC §2255, Rule 3 the filing of an Affidavit of Poverty or Request to proceed in Forma Pauperis is not necessary.

Petitioner realizes that the 2255 Motion is on 'shaky' ground to begin with. And only filed the Motion to give the sentencing Judge an opportunity to reconsider Petitioner's medical condition.

1

The Medical Condition was fully outlined and detailed in the Pre Sentence Report by Probation Officer Mr. Michael Gonzalez.

Petitioner's medical condition has not bettered, it has in fact worsened.

Granting this request (2255 Motion) at this point in time would only reduce Petitioner's sentence by <u>less</u> than <u>one</u> <u>year</u> as Petitioner is currently scheduled to be released from the Bureau of Prisons on November 14, 2003.

Petitioner moves this Court to proceed with the presently filed 2255 Motion.

DATED: 10/14/02

Respectfully submitted,

Ronald Lee Lewis
Petitioner Pro Se
Fed. Reg. No. 64658-079
Federal Correctional Complex
P.O. Box 26040
Beaumont, Texas 77720-6040

CERTIFICATE OF SERVICE

I hereby certify that on the below listed date I forwarded a true and correct copy of the foregoing to the Office of the Assistant United States Attorney for the Southern District of Texas, Brownville Division by placing thesame in the United States MAil first class postage prepaid.

DONE THIS 14th DAY OF Oct 2002.

Ronald Lee Lewis

2