UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RONALD LEE LEWIS, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-150 |
| UNITED STATES OF AMERICA, Respondent. | § § § | CRIMINAL NO. B-01-343 |

### ORDER

Petitioner Ronald Lee Lewis has filed a timely 28 U.S.C. § 2255 Application to Vacate, Set Aside, or Correct Sentence (Doc. #1). However, Petitioner essentially complains of a medical condition which is effecting the manner in which the sentence is being executed.[1] Jurisdiction to address claims challenging the manner in which the sentence is being executed exists under 28 U.S.C. § 2241. Jurisdiction under § 2241 is found in the district where the Petitioner is confined. Lewis is incarcerated in the Eastern District of Texas, which falls outside this Court's jurisdiction.[2] Any claims that Lewis advances which pertain to the execution of his sentence should be brought in the Eastern District of Texas, Beaumont Division. Therefore, this cause of action is hereby TRANSFERRED to the Eastern District of Texas, Beaumont Division.

DONE at Brownsville, Texas, this 5th day of November, 2002.

Felix Recio
United States Magistrate Judge

---

[1] Specifically, Petitioner argues that he needs a certain medication that the Bureau of Prisons will not approve.

[2] *United States v. Cleto*, 956 F.2d 83, 84 (5th Cir. 1992); *United States v. Gabor*, 905 F.2d 76, 77-78 (5th Cir. 1990).